Certificate Number: 15517-CAC-DE-022658447

Bankruptcy Case Number: 14-10488



15517-CAC-DE-022658447

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>January 25, 2014</u>, at <u>3:31</u> o'clock <u>PM MST</u>, <u>SHARON D DUGAIS</u> completed a course on personal financial management given <u>by internet</u> by <u>! Always Lowest Price! Bankruptcy Education, LLC</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Central District of California</u>.

Date:    January 25, 2014                By:    /s/Katie Powers

                                          Name:  Katie Powers

                                          Title: Customer Care and Certificate Specialist